IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

**WILLIE CLAUDE PORTER**

        **Plaintiff,**

v.                                                              **Civil Action No.: 3:19 cv 7**

**DEPUY ORTHOPAEDICS, INC, et al.**

        **Defendants.**

WILLIE CLAUDE PORTER'S MOTION
FOR VOLUNTARY DISMISSAL CONSISTENT WITH THE REPORT AND
RECOMMENDATION (ECF No. 35) FILED IN THIS MATTER

        Plaintiff Willie Claude Porter ("Porter"), by counsel, pursuant to FRCP 41(a)(2) moves the Court to grant him a voluntary dismissal without prejudice of counts I, II, III & VII and a voluntary dismissal with prejudice of counts IV, V and VI in his claims asserted in the Complaint against DePuy Orthopaedics, Inc., et al. Porter requests dismissal of this matter consistent with the Report and Recommendation filed on August 6, 2019 (ECF No. 35). The grounds and reasons in support of this Motion are set forth in Porter's Brief in Support filed herewith and incorporated herein by reference.

        WHEREFORE, Plaintiff Willie Claude Porter, by counsel, respectfully requests that this Court grant this Motion and enter its Order dismissing without prejudice counts I, II, III, and VII and dismissing counts IV, V and VI with prejudice of his claims asserted in the Complaint against DePuy Orthpaedics, Inc, et al.

1

**WILLIE CLAUDE PORTER**

*/s/ Charlotte P. Hodges*

Charlotte P. Hodges
B.I.G. Legal Services
P.O. Box 4302
Midlothian, VA 23112
(804) 475-5484
Biglegal10@verizon.net

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was electronically served on the following counsel of record via the court's electronic filing system this 12th day of August, 2019:

William Devine
WILLIAMS MULLEN
1700 Dominion Tower
999 Waterside Dr
Norfolk, VA 23510
(757) 622-3366
Fax: (757) 629-0660
bdevine@williamsmullen.com

Joseph G. Eaton
J.T. Larson
BARNES & THORNBURG LLP
11 S. Meridian St
Indianapolis, IN 46204
(317) 231-7705
Fax: (317) 231-7433
joe.eaton@btlaw.com
jt.larson@btlaw.com

*/s/ Charlotte P. Hodges*

Charlotte P. Hodges