UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WILLIE CLAUDE PORTER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 3:19-CV-00007 |
| ) | |
| DEPUY ORTHOPAEDICS, INC., et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S BRIEF IN SUPPORT OF HIS MOTION FOR VOLUNTARY DISMISSAL CONSISTENT WITH MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Defendants, DePuy Orthopaedics, Inc., et al., by counsel, do not oppose Plaintiff's request for voluntary dismissal without prejudice of counts I, II, III, and VII of the Complaint (ECF No. 1), and voluntary dismissal with prejudice of counts IV, V, and VI of the Complaint, consistent with the Magistrate Judge Novak's August 6, 2019, Report and Recommendation on Defendants' Motion to Dismiss (ECF No. 35).

**DePuy Orthopaedics, Inc. (n/k/a Medical Device Business Services Inc.), et al.**

By: _____/S/William F. Devine_____
**Counsel for Defendants**

**William Devine (VSB No. 26632)**
**Williams Mullen, A Professional Corporation**
**wdevine@williamsmullen.com**
**999 Waterside Drive, Suite 1700**
**Norfolk, Virginia 23510**
**Tel: (757) 629-0618**
**Fax: (757) 629-0660**

**Joseph Gregory Eaton (admitted** *pro hac vice***)**
**Joe.eaton@btlaw.com**
**Joel Thaddeus Larson (admitted** *pro hac vice***)**
**Jt.larson@btlaw.com**
**BARNES & THORNBURG, LLP**
**11 South Meridian Street**
**Indianapolis, Indiana 46204-3556**
**Tel: (317) 236-1313**
**Fax: (317) 231-7443**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was electronically served on the following counsel of record via the Court's electronic filing system on this 15th day of August, 2019:

>Charlotte P. Hodges
>B.I.G. Legal Services
>P.O. Box 4302
>Midlothian, VA 23112
>Phone: (804) 475-5484
>Fax: (804) 302-7048
>Biglegal10@verizon.net

>_____/S/William F. Devine_
>Counsel for Defendants
>William Devine (VSB No. 26632)
>Williams Mullen, A Professional Corporation
>wdevine@williamsmullen.com
>999 Waterside Drive, Suite 1700
>Norfolk, Virginia 23510
>Tel: (757) 629-0618
>Fax: (757) 629-0660